(133 So. 926)

### Snow SEXTON v. STATE.
### 4 Div. 748.

Court of Appeals of Alabama.
Dec. 16, 1930.

Rehearing Denied Jan. 13, 1931.

W. H. Stoddard, of Luverne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.

(129 So. 925)

### Joseph Trenton SHARP v. STATE.
### 8 Div. 46.

Court of Appeals of Alabama.
June 14, 1930.

BRICKEN, P. J.
Affirmed.

(129 So. 926)

### J. T. SHARP v. STATE.
### 8 Div. 43.

Court of Appeals of Alabama.
June 17, 1930.

BRICKEN, P. J.
Affirmed.

(132 So. 924)

### Joseph Trenton SHARP v. STATE.
### 8 Div. 107.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 924)

### Joseph Trenton SHARP v. STATE.
### 8 Div. 106.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Appeal dismissed.

(133 So. 926)

### Ed SHEFFIELD v. STATE.
### l. Div. 6.

Court of Appeals of Alabama.
April 14, 1931.

SAMFORD, J.
Appeal dismissed.

(133 So. 925)

### S. J. SHELL v. STATE.
### 6 Div. 2.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(131 So. 926)

### Mrs. F. T. SHELTON, Adm'x, v. SOUTH HIGHLANDS INFIRMARY.
### 6 Div. 708.

Court of Appeals of Alabama.
May 1, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.